UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                 :

OF A FEATHER, LLC,                        :

                 Plaintiff,     :

          -v-                           :

ALLEGRO CREDIT SERVICES, LLC,             :

               Defendant.    :

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/20

19cv9351 (DLC)

ORDER

DENISE COTE, District Judge:

    Having received plaintiff's March 9, 2020 letter seeking an extension of its deadline to oppose defendant's renewed motion to dismiss, it is hereby

    ORDERED that plaintiff shall file any opposition to defendant's renewed motion to dismiss by **March 24, 2020.** Defendant shall file any reply by **April 7.**

Dated:    New York, New York
           March 11, 2020

                              _____
                                  DENISE COTE
            United States District Judge