# JARED B. STAMELL

ATTORNEY AT LAW

146 QUENAMES ROAD

CHILMARK, MASSACHUSETTS 02535

TELEPHONE:(917) 714-7027

EMAIL: stamell@ssnylaw.com

February 18, 2021

Hon. Denise L. Cote
United States District Judge
500 Pearl Street, Room 1910
New York, NY 10007-1312


**MEMO ENDORSED**

Re: [1] Case No. 1:19-cv-9351: *Of a Feather, LLC v. Defendant Allegro Credit Services, LLC*

[2] Case No. 1:20-cv-2622: *Allegro Credit Services, LLC v. Of a Feather, LLC, et al.*

Dear Judge Cote:

I represent *Of a Feather*. The Joint Pretrial Order is scheduled for filing tomorrow, Friday, February 19. With consent of Allegro's lawyer, I request the date be extended to Monday, February 22.

The reason I request the extension is that I had to meet a date fixed for the second dose of vaccine for the Covid virus and was delayed by the bad weather on the return. I am asking Allegro's lawyer to note his consent to this letter and file it in the docket.

Respectfully,

Jared B. Stamell

Consented to:

Sean J. Belew

Granted. 02.19.21.

DENISE COTE
United States District Judge