```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :         19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :         20cv2622 (DLC)
                                         :
            -v-                          :              ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 23, 2021, the parties filed their joint pretrial order.  It is hereby

ORDERED that a telephone conference will be held on **Wednesday, February 24** at **11:00 a.m.**  The dial-in credentials for the telephone conference are the following:

       Dial-in:      888-363-4749
       Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

Dated:    New York, New York
          February 23, 2021

```
                    _____
                           DENISE COTE
                    United States District Judge
```