```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :       19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :       20cv2622 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 23, 2021, this Court scheduled a telephone conference to occur on February 24 at 11:00 a.m.  In the morning on February 24, counsel for the defendant notified this Court's Chambers that he will not be able to attend the 11:00 a.m. conference due a conflict.  Accordingly, it is hereby

ORDERED that the telephone conference is rescheduled to **Wednesday, February 24** at **2:00 p.m.**  The dial-in credentials for the telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          February 24, 2021

```
                    _____
                            DENISE COTE
                    United States District Judge
```