```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :       19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :       20cv2622 (DLC)
                                         :
            -v-                          :           ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 24, 2021, this Court held a telephone conference with the parties to discuss their submissions for the upcoming non-jury trial, which was scheduled for March 8. Accordingly, it is hereby

ORDERED that the March 8 non-jury trial is adjourned to **Tuesday, March 16**.

IT IS FURTHER ORDERED that the parties' joint pretrial order and all accompanying documents, including their findings

of fact, conclusions of law, memoranda of law, witness affidavits, and exhibits, are due **Monday, March 1**.

Dated:   New York, New York
         February 24, 2021

                              _____
                              DENISE COTE
                              United States District Judge