```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :           19cv9351 (DLC)
          -v-                            :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :           20cv2622 (DLC)
                                         :
          -v-                            :               ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having agreed to a bench trial in these cases, it is hereby

ORDERED that by **March 3, 2021**, the parties shall send the affidavits constituting the direct testimony of their trial witnesses and the exhibits for their case in chief to this

Court's Chambers inbox at cotenysdchambers@nysd.uscourts.gov.

Dated:    New York, New York
          March 2, 2021

                           _____
                                       DENISE COTE
                              United States District Judge