```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                        Plaintiff,       :
                                         :        19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                        Plaintiff,       :        20cv2622 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial is scheduled to occur in these cases on March 16, 2021.  If a trial is necessary, and if the parties wish it to occur in the courthouse, it is hereby

ORDERED that the parties ensure that all trial participants comply with the Southern District of New York's Amended Standing Order entitled <u>In re Coronavirus/COVID-19 Pandemic</u> (M-10-468), entered February 8, 2021, and other SDNY COVID-19-related orders that govern entry into and behavior within SDNY courthouses.

These materials may be found at:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear either **one N95 mask** or **two face masks** that cover the person's nose and mouth at all times in the courthouse unless the Court authorizes their removal.  Bandannas, gaiters, and masks with valves are not permitted.

IT IS FURTHER ORDERED that parties are responsible for informing themselves of any modifications to SDNY COVID-19-related rules and procedures and adhering to all current rules and procedures for the duration of the trial.

IT IS FURTHER ORDERED that the parties are responsible for bringing these procedures to the attention of their witnesses and any other persons they expect to attend the trial.

IT IS FURTHER ORDERED that the parties shall attempt to have documents to be used at trial, including trial exhibits, in electronic form.

Dated:     New York, New York
           March 2, 2021

_____
DENISE COTE
United States District Judge