```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                      Plaintiff,         :
                                         :         19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                      Plaintiff,         :         20cv2622 (DLC)
                                         :
            -v-                          :              ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 2, 2021, this Court issued an Order requiring the parties to send the affidavits constituting the direct testimony of their trial witnesses and the exhibits for their case in chief to this Court's Chambers email inbox. To date, the parties have failed to comply with the Order. Defendant Allegro Credit Services, LLC sent documents to this Court's physical Chambers as opposed to its Chambers email inbox. Plaintiff Of a Feather, LLC sent some affidavits and exhibits to this Court's Chambers

email inbox but noted that its complete exhibits will be sent to this Court's physical Chambers as opposed to its Chambers email inbox.  It is hereby

ORDERED that by **March 5, 2021,** the parties shall send the affidavits constituting the direct testimony of their trial witnesses and all exhibits for their case in chief to this Court's Chambers email inbox at **cotenysdchambers@nysd.uscourts.gov.**

Dated:   New York, New York
         March 4, 2021

```
                          _____
                              DENISE COTE
                       United States District Judge
```