```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                      Plaintiff,         :
                                         :           19cv9351 (DLC)
           -v-                           :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                      Plaintiff,         :           20cv2622 (DLC)
                                         :
           -v-                           :              ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial is scheduled to occur in these cases on March 16, 2021. It is hereby

ORDERED that counsel for each party shall consult with each other and respond to the following two questions by **March 10, 2021** at **12:00 p.m.:**

    1) Should there be a need for witness testimony, do counsel prefer to have the trial occur in person or to conduct the trial through a videoconferencing platform?

    2) If counsel prefer to have the trial occur through a

videoconferencing platform, do they prefer to use the Microsoft Teams platform, or will they make their own arrangements for some other platform?

Dated:    New York, New York
          March 9, 2021

                              _____
                                    DENISE COTE
                              United States District Judge