UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
OF A FEATHER, LLC,                    :
                                      :
                    Plaintiff,        :
                                      :        19cv9351 (DLC)
           -v-                        :
                                      :
ALLEGRO CREDIT SERVICES, LLC,         :
                                      :
                    Defendant.        :
                                      :
------------------------------------- :
                                      :
ALLEGRO CREDIT SERVICES, LLC,         :
                                      :
                    Plaintiff,        :        20cv2622 (DLC)
                                      :
           -v-                        :             ORDER
                                      :
OF A FEATHER, LLC, JARED STAMMELL, and :
SUSAN STAMMELL,                       :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On March 2, 2021, this Court issued an Order requiring the
parties to send the affidavits constituting the direct testimony
of their trial witnesses and the exhibits for their case in
chief to this Court's Chambers email inbox.  On March 4,
plaintiff Of a Feather, LLC emailed its witness affidavits to
this Court's Chambers email inbox but noted that its trial
exhibits would be mailed to this Court's physical Chambers via a
USB flash drive.  Later that day, the Court issued a second Order

reiterating that the plaintiff must email its exhibits to this Court's Chambers email inbox.

To date, the plaintiff has not sent its trial exhibits to the Court's Chambers email inbox. On March 9, the Court received a USB drive that the plaintiff had mailed to this Court's physical Chambers, but that USB drive was empty and did not contain any files. A letter from the plaintiff that accompanied the USB drive stated that the plaintiff's files are too large to be sent by email. It is hereby

ORDERED that by **March 9, 2021** at **5:00 p.m.,** plaintiff Of a Feather, LLC shall send all exhibits for its case in chief to this Court's Chambers email inbox at **cotenysdchambers@nysd.uscourts.gov.**

IT IS FURTHER ORDERED that if the plaintiff's exhibits are too large to be sent in one email, the plaintiff shall send the exhibits in multiple emails or reduce the size of the files, for example, by compressing them into zip files.

Dated:   New York, New York
         March 9, 2021

_____
DENISE COTE
United States District Judge