```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :         19cv9351 (DLC)
          -v-                            :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :         20cv2622 (DLC)
                                         :
          -v-                            :              ORDER
                                         :
OF A FEATHER, LLC, JARED STAMELL, and    :
SUSAN STAMELL,                           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial in this matter is scheduled for March 16, 2021.  It is hereby

ORDERED that a telephone conference will be held on **Friday, March 12** at **3:00 p.m.**  The dial-in credentials for the telephone conference are the following:

```
     Dial-in:       888-363-4749
     Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

Dated:    New York, New York
          March 10, 2021

                               _____
                                         DENISE COTE
                               United States District Judge