```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                        Plaintiff,       :
                                         :        19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                        Plaintiff,       :        20cv2622 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 12, 2021, the Court held a telephone conference with the parties to discuss the bench trial in these cases, which is scheduled to occur on March 16. At that conference, defendant Allegro Credit Services, LLC expressed its preference for that trial to occur in person rather than by videoconference. Accordingly, it is hereby

ORDERED that the bench trial in these cases shall proceed in person in Courtroom 18B, 500 Pearl Street, on **March 16** at

**11:00 a.m.**

IT IS FURTHER ORDERED that due to the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear either one N95 mask or two face masks that cover the person's nose and mouth at all times in the courthouse unless the Court authorizes their removal.  Bandannas, gaiters, and masks with valves are not permitted.

IT IS FURTHER ORDERED that by **March 12** at **5:00 p.m.**, the parties must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than ten spectators are expected to attend, or more than three individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and others

who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

IT IS FURTHER ORDERED that all witnesses must be present in Courtroom 18B, 500 Pearl Street by **11:00 a.m.** on **March 16.**

IT IS FURTHER ORDERED that by **5:00 p.m.** on **March 12,** plaintiff Of a Feather, LLC shall send all exhibits for its case in chief to this Court's Chambers email inbox at cotenysdchambers@nysd.uscourts.gov

Dated:   New York, New York
         March 12, 2021

                                   _____
                                   DENISE COTE
                                   United States District Judge