```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                      Plaintiff,         :
                                         :          19cv9351 (DLC)
            -v-                          :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                      Plaintiff,         :          20cv2622 (DLC)
                                         :
            -v-                          :              ORDER
                                         :
OF A FEATHER, LLC, JARED STAMMELL, and   :
SUSAN STAMMELL,                          :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial in these cases is scheduled to proceed in person in Courtroom 18B, 500 Pearl Street, on **March 16, 2021** at **11:00 a.m**. It is hereby

ORDERED that the following procedures shall govern the conduct of the trial. Due to the pandemic, counsel should make every effort to avoid the exchange of documents in paper form during the trial. Therefore, exhibits should be pre-marked and assembled sequentially in a digital folder labelled with the

exhibit numbers for ready reference and be ready to be distributed digitally to the Court, counsel, and witnesses during the trial.

IT IS FURTHER ORDERED that counsel shall call this Court's Chambers to schedule a time to come to the courthouse in the **afternoon** on **March 15** or at **9:00 a.m.** on **March 16** to arrange for the presentation of digital evidence during the trial with this courthouse's IT Department.

IT IS FURTHER ORDERED that counsel should make certain that they have custody of all original exhibits.  The Court does not retain them, and the Clerk is not responsible for them.

IT IS FURTHER ORDERED that the parties should be aware that, unless otherwise appropriate, the Court will assume that any material portion of a witness's deposition will be used during cross-examination of that witness.

Counsel are advised that this Court's Revised Standing Order M10-468 of February 26, 2014 prohibits all personal electronic devices and general purpose computing devices except by written permission of the presiding judge.  Counsel are further advised that such devices may not be connected to the Court's computer network under any circumstances.  Accordingly, it hereby

ORDERED that by **March 15** at **12:00 p.m.**, counsel shall fill out the attached form and send it to this Court's Chambers email inbox at Cotenysdchambers@nysd.uscourts.gov to request permission to bring any personal electronic devices or general purpose computing devices into the courthouse.

Dated:    New York, New York
          March 15, 2021

                                                      _____
                                                         DENISE COTE
                                                  United States District Judge