```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :         19cv9351 (DLC)
           -v-                           :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :         20cv2622 (DLC)
                                         :
           -v-                           :            ORDER
                                         :
OF A FEATHER, LLC, JARED STAMELL, and    :
SUSAN STAMELL,                           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An in-person bench trial in this matter is scheduled for 11:00 a.m. on March 16, 2021 in Courtroom 18B, 500 Pearl Street. Due to the ongoing COVID-19 pandemic, a number of entry restrictions are in place for all courthouses in the Southern District of New York. It is hereby

ORDERED that the parties, their witnesses, and all other attendees must comply with the requirements set forth in M10-468 Third Amended Standing Order, which was issued on March 11. A

copy of the Standing Order can be found at:

    https://nysd.uscourts.gov/covid-19-coronavirus

Dated:    New York, New York
          March 15, 2021

                                    _____
                                         DENISE COTE
                                　United States District Judge