```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
OF A FEATHER, LLC,                       :
                                         :
                    Plaintiff,           :
                                         :       19cv9351 (DLC)
        -v-                              :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- :
                                         :
ALLEGRO CREDIT SERVICES, LLC,            :
                                         :
                    Plaintiff,           :       20cv2622 (DLC)
                                         :
        -v-                              :            ORDER
                                         :
OF A FEATHER, LLC, JARED STAMELL, and    :
SUSAN STAMELL,                           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A bench trial in this matter having been held on March 16, 2021, it is hereby

ORDERED that the parties shall file their affidavits of direct testimony by **Thursday, March 18**.

Dated:   New York, New York
         March 17, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge