**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OF A FEATHER, LLC,

                Plaintiff,

    -v-                                        19 **CIVIL** 9351 (DLC)

ALLEGRO CREDIT SERVICES, LLC,

                Defendant.
-----------------------------------------------------------X
ALLEGRO CREDIT SERVICES, LLC,

                Plaintiff,

                                        20 **CIVIL** 2622 (DLC)
    -v-                                            **JUDGMENT**

OF A FEATHER, LLC, JARED STAMELL, and
SUSAN STAMELL,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2021, judgment is entered in these consolidated cases for Allegro jointly and severally against Feather, Jared Stamell, and Susan Stamell in the amount of $35,000. Allegro may retain the $35,000 that Feather already paid it but may not recover any additional money; accordingly, this case is closed.

**Dated:** New York, New York

      March 18, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                            **BY:**
                                                    *K. Mango*
                                                     **Deputy Clerk**